**Bryant C. JONES, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2010–3074.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2010.

Gregory T. Mitchell, Law Office of Gregory T. Mitchell, of Homewood, IL, argued for petitioner.

David S. Brooks, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were James M. Eisenmann, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

BRYSON, SCHALL, and PROST, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**